# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1162**　　　　　　　　　　　　　　　　　　**September Term, 2023**

FCC-23-320  
FCC-17-108

**Filed On: June 3, 2024** [2057528]

Benton Institute for Broadband & Society,

  Petitioner

  v.

Federal Communications Commission and  
United States of America,

  Respondents

------------------------------

Consolidated with 24-1166, 24-1168, 24-1169

# O R D E R

 It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner in case no. 24-1169 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | July 3, 2024 |
| Statement of Issues to be Raised | July 3, 2024 |

              **FOR THE COURT:**  
              Mark J. Langer, Clerk

         BY: /s/  
            Erica M. Thorner  
            Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form